NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
ANTHONY N. R. ZAMORA (State Bar No. 146619)
ZAMORA & HOFFMEIER, A PROFESSIONAL CORPORATION
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California 90071
(213) 488-9411 FAX: (213) 488-9418
e-mail: zamora3@aol.com

Counsel for Sam S. Leslie,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOSEPH HAMILTON BULLOCK,<br><br>Debtor. | Case No. 2:21-bk-19076-WB<br><br>Chapter 7<br><br>NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS, SUBJECT TO OVERBID<br><br>[FILED CONCURRENTLY WITH MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS, SUBJECT TO OVERBID; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS IN SUPPORT]<br><br>DATE: June 9, 2022<br>TIME: 2:00 p.m.<br>CTRM: 1375<br>Roybal Building<br>255 E. Temple St.<br>Los Angeles, CA 90012<br>(appearances may be made by ZoomGov video and audio or by audio using a telephone) |

TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL, THE UNITED STATES TRUSTEE, ALL CREDITORS AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 9, 2022, at 2:00 p.m. in Courtroom 1375 of the United States Bankruptcy Court at 255 East

Temple Street, Los Angeles, California 90012, with appearances also allowed via ZoomGov video and audio or by audio using a telephone (with accessibility information posted in the Court's tentative ruling on the hearing calendar at the Court's website), Sam S. Leslie, Chapter 7 Trustee ("Trustee") of the bankruptcy estate (the "Estate") in the above-captioned chapter 7 bankruptcy case (the "Case") of debtor Joseph Hamilton Bullock ("Debtor") shall move this Court for an order approving sale of that certain residential real property commonly known as as 15918 Hornell Street, Whittier, California 90603, identified by Los Angeles, County Assessor's Parcel No. 8231-026-034, with the legal description stated in Exhibit A attached to the Trustee Declaration (defined below) (the "Real Property"), free and clear of any interests and liens pursuant to 11 U.S.C. §§363(b), (f) and (m), and on an "AS-IS, WHERE-IS" basis, with no representations or warranties, to GTS Ventures, LLC ("Buyer") for a sales price of $750,000.00 (the "Sales Price") through the escrow (the "Sale Escrow") for sale of the Real Property at A&A Escrow Services, Inc. ("A&A") and on the other terms and conditions set forth in that certain California Residential Purchase Agreement and Joint Escrow Instructions as modified by Seller Counter Offer No. 1 dated April 23, 2022 with Addendum to Counter-Offer #1 and Seller's Affirmation of Addendum executed by Trustee and Buyer (collectively, the "Agreement"), or to the highest qualified bidder pursuant to the overbid procedure described below ("Highest Bidder").

A true and correct copy of the Agreement is attached as Exhibit B to the Declaration of Sam S. Leslie (the "Trustee Declaration") attached to the Motion for Order Authorizing Trustee

to Sell Real Property Free and Clear of Liens and Interests, Subject to Overbid (the "Motion").

**A. <u>UNDISPUTED LIENS AND PROPOSED DISBURSEMENTS FROM SALE ESCROW</u>**

By the Motion, Trustee also seeks approval and authorization to execute any and all documents necessary to transfer the Real Property from the Estate to Buyer, or to the Highest Bidder, and to pay from the Sale Escrow at A&A the following undisputed liens; real estate broker commission; other ordinary costs of sale; and the net proceeds to Trustee, including the allowed exemption funds:

1. the debt secured by the first deed of trust (the "First TD") in the original principal amount of $349,000.00 recorded February 21, 2008 as instrument no. 20080302775 of Official Records in the Office of the Recorder of Los Angeles County, California ("Official Records") for the benefit of Mortgage Electronic Registration Systems, Inc. as nominee for CitiMortgage, Inc. and currently serviced by SN Servicing Corporation (collectively, "First TD Holder") and with an estimated balance of approximately $357,030.00 based on a recent payoff statement from First TD Holder, subject to a final payoff demand to be provided to A&A by First TD Holder (the "First TD Payoff"), referred to at exception no. 9 in the Preliminary Title Report dated as of April 21, 2022, identified by order number 1688721 (the "PTR"), prepared by Stewart Title ("Stewart"),

2. the debt secured by the state tax lien (the "Tax Lien") in the original amount of $35,311.29 and other amounts due thereunder recorded September 10, 2020 as instrument no. 20201080217 of Official Records with an estimated balance of approximately $36,861.87 based on claim no. 3 ("Claim No. 3") filed

by Franchise Tax Board ("FTB") in the Case, subject to a final payoff demand to be provided to A&A by FTB (the "Tax Lien Payoff"), referred to at exception no. 10 in the PTR,

3. pro-rated real property taxes owed to the County of Los Angeles as of the closing date of approximately $291.90 (the "Property Taxes"),

4. seller's closing costs including, but not limited to, the broker commission (the "Broker Commission") of 6% of the Sales Price of $750,000.00 ($45,000.00) to be divided with 3% to Rodeo Realty, Inc. ("Estate Broker") and 3% to Evernest Real Estate Advisors ("Buyer Broker"); seller's portion of the other closing costs comprised of city and county transfer taxes, escrow fees and charges, title fees and charges, recording fees, and required reports (collectively, the "Other Closing Costs") (estimated to be approximately $4,840.00), and

5. the net proceeds from the Sale Escrow (the "Net Proceeds") to Trustee, on behalf of the Estate, estimated at approximately $305,976.23, including Debtor's allowed exemption funds in the amount of $29,275.00 claimed by Debtor in his amended schedule C [dkt. no. 26] (the "Exemption Funds") with the first $5,000.00 of the Exemption Funds to be paid to Debtor when Trustee receives the Net Proceeds and the balance of $24,275.00 when Buyer confirms in writing that Debtor has vacated the Real Property within 30 days of the closing date of the Sale Escrow.

To the extent there are other debts secured by valid, enforceable liens recorded against the Real Property, if any, the sale shall be free and clear of such liens and such liens shall attach to the Net Proceeds in the amount, validity, and order of

priority that existed as of the closing date of the Sale Escrow. Trustee is informed based on his investigation and the PTR that there are no such valid, enforceable liens. Trustee reserves the right to object to and dispute any and all such liens.

**B. UNSECURED CLAIMS**

The claims bar date in the Case was May 11, 2022 (the "Claims Bar Date"). According to the claims register in the Case (the "Claims Register") the total amount of priority and general unsecured claims in the Case is $166,033.09. Trustee estimates, based on the Claims Register and assuming there are no unexpected circumstances, that creditors holding allowed, timely-filed unsecured claims will be paid a meaningful distribution that is anticipated to be more than 50% at the conclusion of the Case.

**C. EXEMPTION FUNDS**

Debtor claimed the Exemption Funds in the amount of $29,275.00 in his amended schedule C [dkt. no. 26]. The Exemption Funds are part of the Net Proceeds to be paid to Trustee. Based on the Agreement, Buyer is allowing Debtor up to 30 days after the close of the Sale Escrow to vacate the Real Property. Upon Buyer's confirmation in writing to Trustee that Debtor vacated the Real Property, Trustee will release the Exemption Funds to Debtor.

**D. FINDING OF GOOD FAITH PURCHASER**

Trustee requests that the Sale Order include a finding that Buyer or Highest Bidder, and any approved back-up buyer, is a "good faith purchaser" pursuant to Bankruptcy Code §363(m).

**E. PROPOSED OVERBID PROCEDURE**

Trustee proposes the following overbid procedure be used at the hearing on the Motion (the "Hearing") for the purpose of considering

bids and seeks the Court's approval of the overbid procedure:

A. Each potential bidder (other than Buyer) in order to qualify as a bidder at the Hearing, shall

(1) submit to Trustee, prior to the commencement of the Hearing, a cashier's check in the amount of Twenty-Five Thousand and no/100 Dollars ($25,000.00) (the "Earnest Money Deposit") made payable to "A&A Escrow." Trustee shall refund the Earnest Money Deposit if Trustee accepts the bid of another bidder;

(2) bid on the identical terms as, or better terms than, Buyer as set forth in the Agreement including, but not limited to, (a) the "AS-IS, WHERE-IS" condition of the Real Property, with no contingencies, (b) the term allowing debtor up to 30 days to vacate the Real Property after close of the Sale Escrow, and (c) that Trustee shall have no obligation to deliver the Real Property vacant either before or after the close of the Sale Escrow;

(3) submit to Trustee prior to the commencement of the Hearing proof of ability to close escrow unconditionally on or before the first business day that is at least fifteen (15) days after entry of the Sale Order, and to tender the balance of any bid made by such bidder, such proof to be deemed acceptable or unacceptable by Trustee in his sole discretion, subject to approval by the Court; and

(4) attend the Hearing, whether in-person, via ZoomGov, or by telephone, to participate in the overbidding; and

B. The initial overbid shall be a total of $755,000.00, i.e., $5,000.00 more than the Sales Price of $750,00.00, and all additional overbids must be made in minimum increments of $1,000.00 over the last stated overbid made on the record.

Upon entry of the Sale Order, the earnest money deposit of Highest Bidder shall be non-refundable. If Highest Bidder fails to close the Sale Escrow on or before the first business day that is at least fifteen (15) days after entry of the Sale Order, Highest Bidder shall forfeit its earnest money deposit to Trustee without the necessity of a further order of the Court and further instructions to A&A, and the next highest bidder shall pay the next highest bid to purchase the Real Property within ten business days of written notification, transmitted via facsimile and/or e-mail, of Highest Bidder's default. If the next highest bidder fails to tender the balance of the next highest bid within ten business days of written notification, next highest bidder shall forfeit its earnest money deposit to Trustee without the necessity of a further order of the Court and further instructions to A&A.

**F. <u>SALE MOTION</u>**

The Motion is made pursuant to Bankruptcy Code §§363(b),(f) and (m), Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule ("LBR") 9013-1(a).

You can obtain a full copy of the Motion, including the Memorandum of Points and Authorities and Declarations in Support, from the Clerk of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California, or by contacting Trustee's counsel at the telephone number, facsimile number, e-mail and/or address at the top of page one of this notice.

**G. <u>DEADLINE FOR OPPOSITION PAPERS</u>**

The Motion is being heard on regular notice pursuant to LBR 9013-1. LBR 9013-1(h) provides: "If a party does not timely file and serve documents, the court may deem this to be consent to the

granting or denial of the motion, as the case may be." LBR 9013-1(f) requires a written response to be filed with the Court and served on the moving party and the U.S. Trustee not later than 14 days before the Hearing.

**H. <u>SELF-CALENDARING HEARING DATE</u>**

The undersigned verifies that the hearing date and time in this Notice were obtained pursuant to, and were available for this type of motion according to, Judge Brand's self-calendaring procedures.

**I. <u>HEARING DETAILS</u>**

The Court will conduct the Hearing in Courtroom 1375 but parties may attend the Hearing using ZoomGov. Video and audio connection information for the Hearing will be provided on Judge Brand's publicly posted hearing calendar, which may be viewed online at the Court's website, and then selecting “Judge Brand” from the tab on the left-hand side of the page.

Hearing participants and members of the public may view and/or listen to hearings before Judge Brand using ZoomGov free of charge. Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone). Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply). Neither a Zoom nor a ZoomGov account are necessary to participate and no pre-registration is required. The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

Important: All persons are strictly prohibited from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result

in the imposition of monetary and non-monetary sanctions. The Clerk of the Court maintains an audio recording of all proceedings, which recording constitutes the official record of those proceedings.

DATED: May 19, 2022

ZAMORA & HOFFMEIER,
A Professional Corporation

By: /s/Nancy Hoffmeier Zamora
Nancy Hoffmeier Zamora
Attorneys for Chapter 7 Trustee
Sam S. Leslie

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS, SUBJECT TO OVERBID**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 19, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S. Trustee: United States Trustee, ustpregion16.la.ecf@usdoj.gov
Trustee: Sam S. Leslie, sleslie@trusteeleslie.com, trustee@trusteeleslie.com, C195@ecfcbis.com
Trustee's Counsel: Nancy H. Zamora, zamora3@aol.com
Debtor's Counsel: Brad Weil, bfweil@justbradlegal.com, brad@ecf.courtdrive.com, frontdeskweillaw@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 19, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Joseph Hamilton Bullock, 15918 Hornell St., Whittier, CA 90603
Trustee's CPA: LEA Accountancy, LLP, 1130 S. Flower Street, Suite 312, Los Angeles, CA 90015
Estate Broker: John Gould and Zizi Pak, Rodeo Realty, Inc., 202 N. Canon Dr., Beverly Hills, CA 90210
Escrow: Antonia Delgado, A&A Escrow Services, Inc., 415 N. Crescent Drive, Suite 320, Beverly Hills, CA 90210
Title: Mindy Beckham, Stewart Title of California, Inc., 2801 Townsgate Rd., # 111, Westlake Village, CA 91361
Buyer: GTS Ventures, LLC, c/o Roman Martin, Evernest Real Estate Advisors, 20 E. Colorado Blvd., Suite 203, Pasadena, CA 91105
U.S. Trustee: Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017
Judge: The Honorable Julia W. Brand, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1382, Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 19, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2022 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Additional Service List for Notice

AT & T
P.O. Box 5014
Carol Stream, IL 60197-5014

Capital Bank N.A.
One Church Street, Suite 100
Rockville, MD 20850

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Carrington Mortgage Services
Attn: Bankruptcy
1600 South Douglass Road, Stes 110 & 200
Anaheim, CA 92806

Citibank N.A.
701 East 60th Street North
Sioux Falls, SD 57104

Credit Union of Southern California
8028 Greenleaf Ave.
Whittier, CA 90602

Dillon Thomas B DDS
11411 Brookshire Ave., Suite 406
Downey, CA 90241

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

L.A. COUNTY TREASURER&TAX COLLECTOR
ATTN: BANKRUPTCY UNIT
P.O. BOX 54110
LOS ANGELES CA 90054-0110

PRESTIGE DEFAULT SERVICES LLC
1920 OLD TUSTIN AVE
Santa Ana, CA 92705

Rushmore Loan Mgmt Services
Attn: Bankruptcy
P.O. Box 55004
Irvine, CA 92619

SN Servicing Corporation
323 5th Street
Eureka, CA 95501