```
SAM S. LESLIE, CPA
1130 S. Flower Street
Suite 312
Los Angeles, CA 90015
Telephone: 323/987-5780
Facsimile: 323/987-5763
Email: trustee@trusteeleslie.com

Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:21-bk-19076-WB |
| | ) [Chapter 7] |
| JOSEPH HAMILTON BULLOCK, | ) |
| | ) TRUSTEE'S NOTICE OF RECEIPT |
| Debtor. | ) OF THE FRANCHISE TAX BOARD'S |
| | ) ACKNOWLEDGMENT OF RECEIPT OF |
| _____ | ) THE ESTATE'S TAX RETURN |

    Sam S. Leslie, Chapter 7 Trustee in the above-captioned case, hereby gives Notice of acknowledgment of receipt by the Franchise Tax Board of the estate's tax return for the tax period ended June 30, 2022. The Franchise Tax Board has acknowledged receipt of the tax return, a copy of which is attached hereto.

Dated: December 13, 2022                 /s/ Sam S. Leslie
                                              Sam S. Leslie, Chapter 7 Trustee

# LEA ACCOUNTANCY, LLP

July 1, 2022

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

*COPY*

FRANCHISE TAX BOARD
SACRAMENTO, CA

JUL 2 6 REC'D 2022

Certified Mail # 9314 8699 0430 0097 1985 09

| | |
|---|---|
| Estate of: | Joseph Hamilton Bullock |
| Bankruptcy Case No: | 2:21-bk-19076-WB |
| Tax Year: | 12/06/2021 to 06/30/2022 |
| FTIN: | EIN: 88-6481131 |

To Whom it may concern:

Enclosed please find the following documents for the above referenced bankruptcy:

- Initial and final Form 541, California Estate Income Tax Return, for the tax year ended June 30, 2022; and
- Prompt Determination Letter for the tax year ended June 30, 2022.

Please acknowledge the receipt of the enclosed form by signing the copy of this letter and returning same in the self- addressed stamped envelope provided herewith.

If you have any questions, please feel free to contact us at the numbers referenced below. Thank you for your prompt attention to this matter.

Very truly yours,
**LEA ACCOUNTANCY, LLP**

*[signature]*

Marianna Falco, CPA

_____
Franchise Tax Board Representative

_____
Date Received