United States Bankruptcy Court

Central District of California

In re:  
Joseph Hamilton Bullock  
    Debtor

Case No. 21-19076-WB  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 30, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

**Recip ID**    **Recipient Name and Address**  
db    #+ Joseph Hamilton Bullock, 15918 Hornell St.,, Whittier, CA 90603-2837

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad Weil | on behalf of Debtor Joseph Hamilton Bullock bfweil@justbradlegal.com brad@ecf.courtdrive.com;frontdeskweillaw@gmail.com |
| Erica T Loftis Pacheco | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bknotifications@ghidottiberger.com |
| Nancy H Zamora | on behalf of Attorney Zamora & Hoffmeier APC zamora3@aol.com |
| Nancy H Zamora | on behalf of Trustee Sam S Leslie (TR) zamora3@aol.com |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Jun 30, 2023 Form ID: pdf042 Total Noticed: 1

United States Trustee (LA)
                ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>SAM S. LESLIE, CPA<br>1130 South Flower Street<br>Suite 312<br>Los Angeles, CA 90015<br>Telephone (323) 987-5780<br>Facsimile (323) 987-5763<br>Email: trustee@trusteeleslie.com<br><br>Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUN 30 2023<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>JOSEPH H. BULLOCK,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-19076-WB<br>CHAPTER: 7<br><br>**ORDER ON FINAL FEE APPLICATIONS**<br>**ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF**<br>**TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]**<br><br>DATE:  June 15, 2023<br>TIME:  2:00 p.m.<br>COURTROOM: 1375<br>ADDRESS:  255 East Temple Street<br>                   Los Angeles, CA 90012 |

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**

    U.S. Bankruptcy Court fees *(specify)*

    | U.S. Bankruptcy Court | $ |
    |---|---|
    |  | $ |
    |  | $ |

    | Subtotal of Court Fees: | $ |
    |---|---|
    | U.S. Trustee Fees | $ |
    | Total Allowed Court and U.S. Trustee Fees | $ |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016* | Page 1 | **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

    a. Chapter 7 Professional Fees and Expenses:

    |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
    |---|---|---|---|---|
    | (1) **Name of Professional/Profession: Zamora & Hoffmeier – Attorney for Trustee** | | | | |
    | Fees | $ 25,355.00 | $ 25,355.00 | $ | $ 25,355.00 |
    | Expenses | $ 1,209.24 | $ 1,209.24 | $ | $ 1,209.24 |
    | (2) **Name of Professional/Profession: LEA Accountancy, LLP – Accountant for Trustee** | | | | |
    | Fees | $ 5,698.50 | $ 5,698.50 | $ | $ 5,698.50 |
    | Expenses | $ 202.97 | $ 202.97 | $ | $ 202.97 |
    | (3) **Name of Professional/Profession:** | | | | |
    | Fees | $ | $ | $ | $ |
    | Expenses | $ | $ | $ | $ |

    ☐ Additional professional fees and expenses attached.

    b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

    |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
    |---|---|---|---|---|
    | (1) **Name of Professional/Profession:** | | | | |
    | Fees | $ | $ | $ | $ |
    | Expenses | $ | $ | $ | $ |
    | (2) **Name of Professional/Profession:** | | | | |
    | Fees | $ | $ | $ | $ |
    | Expenses | $ | $ | $ | $ |
    | (3) **Name of Professional/Profession:** | | | | |
    | Fees | $ | $ | $ | $ |
    | Expenses | $ | $ | $ | $ |

    ☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

    a. Chapter 7 Trustee Fees and Expenses:

    |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
    |---|---|---|---|---|
    | **Trustee** (*name*): **Sam S. Leslie** | | | | |
    | Fees | $ 38,121.44 | $ 38,121.44 | $ 0.00 | $ 38,121.44 |
    | Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
    | Bank Fees | $ 3,735.85 | $ 3,735.85 | $ 3,735.85 | $ 0.00 |
    | Bond | $ 188.71 | $ 188.71 | $ 188.71 | $ 0.00 |
    | Taxes | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

    ☐ Additional trustee fees and expenses attached.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016* — Page 2 — **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

###

Date: June 30, 2023

*Julia W Brand* (signature)

Julia W. Brand
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                Page 3                    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**