SAM S. LESLIE, CPA
1130 S. Flower Street
Suite 312
Los Angeles, CA 90015
Telephone: 323/987-5780
Facsimile: 323/987-5763
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOSEPH HAMILTON BULLOCK,<br><br>    Debtor. | Case No. 2:21-bk-19076-WB<br>    [Chapter 7]<br><br>NOTICE OF UNCLAIMED FUNDS<br><br>[Federal Rule of Bankruptcy Procedure 3011]<br><br>[No Hearing Required] |

Sam S. Leslie, Chapter 7 Trustee of the above-captioned bankruptcy estate, hereby submits Check No. 2013 in the amount of $60,221.83 representing the total amount of unclaimed funds in the estate. Such funds are paid to the Court pursuant to Federal Rule of Bankruptcy Procedure 3011.

| Payee | Amount | Claim |
|---|---|---|
| Joseph H. Bullock<br>15918 Hornell Street<br>Whittier, CA 90603 | $60,221.83 | Surplus Funds |

Dated: October 26, 2023

_/s/ Sam S. Leslie_
Sam S. Leslie, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Notice of Unclaimed Funds will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 31, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Sam S Leslie (TR) | sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com |
| Erica T Loftis Pacheco | bknotifications@ghidottiberger.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Brad Weil | bfweil@justbradlegal.com, brad@ecf.courtdrive.com; frontdeskweillaw@gmail.com |
| Nancy H Zamora | zamora3@aol.com |

☐ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:** On October 31, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Joseph Hamilton Bullock
15918 Hornell St.,
Whittier, CA 90603

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2023, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 31, 2023

_____
Karissa De La Trinidad

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1. PROOF OF SERVICE**